**JUDGE BUCHWALD**

**07 CIV 7430**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
REDERI AB GOTLAND,                :   07 Civ. _____ (    )
                                  :
            Plaintiff,            :   **ECF CASE**
                                  :
      - against -                 :
                                  :
MARBASE TRADING CO. LTD.,         :
                                  :
            Defendant.            :
-------------------------------------------------X

RECEIVED AUG 21 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents or U.S. companies that hold 10% or more of its stock: None.

Dated: August 21, 2007
       New York, NY

                              The Plaintiff,
                              REDERI AB GOTLAND

                              By: _____
                              Kevin J. Lennon (KL-5072)
                              Charles E. Murphy (CM 2125)

                              LENNON, MURPHY & LENNON LLC
                              The GrayBar Building
                              420 Lexington Avenue, Suite 300
                              New York, NY 10170
                              (212) 490-6050 - phone
                              (212) 490-6070 - facsimile
                              *kjl@lenmur.com*
                              *cem@lenmur.com*