USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REDERI AB GOTLAND,

    Plaintiff,

-against-

MARBASE TRADING CO. LTD.

    Defendant.

07 Civ. 7430 (NRB)

CONSENT ORDER DIRECTING
THE RELEASE OF
ATTACHED FUNDS SUBJECT
TO RULE B(1) ATTACHMENT

    WHEREAS on or about August 21, 2007, Rederi AB Gotland ("Rederi") instituted this action against Marbase Trading Co. Ltd. ("Marbase"), pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure; and

    WHEREAS, Rederi has served Process of Maritime Attachment and Garnishment (the "PMAG") on various garnishees including Deutsche Bank; and

    WHEREAS, pursuant to service of the PMAG upon it, Deutsche Bank has confirmed that it is holding certain funds in the form of Electronic Funds Transfers belonging to Marbase in the amount of $548,827.30 ("Attached Funds"); and

    WHEREAS, Rederi and Marbase are currently arbitrating their respective claims in London arbitration; and

    WHEREAS, on or about May 21, 2008, Rederi and Marbase entered into an escrow agreement ("Escrow Agreement") under which, *inter alia*, the parties agreed that the Attached

Funds should be transferred to Clyde & Co., LLP's US Dollar account and thereafter be maintained and subject to the terms of the Escrow Agreement; and

WHEREAS, by the terms of the Escrow Agreement, the Attached Funds are to be released to Clyde & Co, LLP, as escrow agent, in accordance with terms of the Escrow Agreement; and

WHEREAS, Nourse & Bowles, LLP, hereby makes a Restricted Appearance, within the meaning of F. R. Civ. P, Rule B (8), on behalf of Defendant.

NOW, THEREFORE, it is hereby:

ORDERED that Deutsche Bank is directed to disburse the Attached Funds in its possession to Clyde & Co., LLP, as escrow agent in accordance with instructions, as will be identified in a separate signed letter from attorneys LENNON, MURPHY & LENNON, LLC and sent to Deutsche Bank after the issuance of this Consent Order; and it is further

ORDERED that this action shall be dismissed, without costs as to either party, upon confirmation by LENNON, MURPHY & LENNON, LLC that the Attached Funds have been disbursed by Deutsche Bank and received by Clyde & Co, LLP.

Dated: New York, New York
June 17, 2008

                      LENNON, MURPHY & LENNON, LLC
                      Attorneys for Plaintiff
                      REDERI AB GOTLAND,

By: _____
       Kevin J. Lennon
       The Graybar Building
       420 Lexington Avenue, Suite 300
       New York, NY 10170
       Phone (212) 490-6050
       Fax (212) 490-6070
       kjl@lenmur.com


                      NOURSE & BOWLES, LLP
                      Attorneys for Defendant
                      MARBASE TRADING CO. LTD

By: _____
       John P. Vayda
       One Exchange Plaza
       At 55 Broadway
       New York, NY 10006-3030
       Phone (212) 952-6200
       Fax (212) 952-0345
       jvayda@nb-ny.com


SO ORDERED:

_____
Naomi Reice Buchwald, U.S.D.J.   6/19/08

3