```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
REDERI AB GOTLAND,

                        Plaintiff,                O R D E R

        - against -                                07 Civ. 7430 (NRB)

MARBASE TRADING CO.

                        Defendant,
---------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** it having been reported to this Court that the parties have agreed to release the funds attached pursuant to the Rule B Attachment issued in this case into an escrow account, and that such deposit will resolve this case; and

    **WHEREAS** it having been reported to this Court that the attached funds are in the process of being released into the escrow account; it is hereby

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         June 27, 2008

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

A copy of the foregoing Order has been mailed on this date to the following:

**Attorney for Plaintiff**
Kevin Lennon, Esq.
Lennon, Murphy & Lennon, LLC
The Graybar Building
420 Lexington Avenue, Suite 300
New York, NY 10170

**Attorney for Garnishee Deutsche Bank**
Richard J. Reisert, Esq.
Clark, Atcheson & Reisert
7800 River Road
North Bergen, NJ 07047